13 CV 0558

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABRAHAM CUCUTA
_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

N.Y.P.D., MANHATTAN NORTH NARCOTICS DETECTIVES ERICK ORTIZ, ABEL JOSEPH, CARPENTER, SGT NEFTALI BETANCES, P.O. WINSTON PAVIS, AGUASANTE, AND JOHN DOES 1-5, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

12 Civ. 5684 (__)(__)

**REQUEST TO PROCEED IN FORMA PAUPERIS**

RECEIVED
JAN 23 2013
PRO SE OFFICE

I, ABRAHAM CUCUTA, (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

   _____
   _____

2. If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   APRIL 12TH, 2011, APPROXIMATELY $400 PER MONTH

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   FRIENDS, APPROXIMATELY $1,000.

   a) Are you receiving any public benefits?  ☒ No.   ☐ Yes, $_____
   b) Do you receive any income from any other source?  ☒ No.   ☐ Yes, $_____

Rev. 05/2007                                        1

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☒ No.    ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No.    ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☒ No.    ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

   _____
   _____

8. State any special financial circumstances which the Court should consider.

   _____
   _____
   _____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __17__ day of __July__, __2012__.
            date           month        year

                                    _Abraham Cuinto_
                                        Signature